```
      IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                 WESTERN DIVISION
```

MCCOMB SCHOOL DISTRICT                              PLAINTIFF

v.                         CIVIL ACTION NO. 5:21-cv-18-DCB-MTP

DENBURY RESOURCES, INC. *et al.*                    DEFENDANTS

ORDER

THIS MATTER is before the Court on a Motion to Dismiss/Stay [ECF No. 8] (the "Motion") that Defendant Denbury Onshore, LLC ("Denbury") filed on February 15, 2021. In its Motion, Denbury requested that the Court "dismiss or stay this matter until the Plaintiff exhausts their administrative remedies and the [State Oil and Gas Board of Mississippi] establishes the recalculated tract factors for the Unit." Motion ¶ 9. McComb School District ("Plaintiff") never responded to the Motion.

By letter dated April 7, 2021, Denbury's counsel informed the Court that the State Oil and Gas Board of Mississippi filed of record Order No. 127-2021 on March 31, 2021. Denbury's counsel provided the Court with a copy of Order No. 127-2021 and stated in the letter: "This Order concludes the administrative exhaustion by the Mississippi State Oil and Gas Board." Letter from William

1

F. Blair, Esq. to Judge David C. Bramlette III and Magistrate Judge Michael T. Parker of 4/7/2021.  Given Denbury's representation to the Court that exhaustion of administrative remedies at the State Oil and Gas Board has occurred, the Court finds that Denbury's Motion is now moot.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant Denbury Onshore, LLC's Motion to Dismiss/Stay [ECF No. 8] is moot and is therefore DENIED.

    SO ORDERED, this the 12th day of April 2021.

                                   /s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE